# CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J. 07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>www.carellabyrne.com | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>ZACHARY A. JACOBS***<br>JASON H. ALPERSTEIN++<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY BAR<br>***MEMBER IL BAR<br>+MEMBER FL BAR<br>+ + MEMBER NY & FL BAR | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>KEVIN G. COOPER<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>MICHAEL K. BELOSTOCK<br>BRIAN F. O'TOOLE**<br>SEAN M. KILEY<br>ROBERT J. VASQUEZ<br>BRITTNEY M. MASTRANGELO |

October 24, 2023

<u>VIA ECF</u>

Honorable Cathy L. Waldor
United States Magistrate Judge
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

    Re: <u>*Page v. RB Health (US), LLC, et al.*,
       Civil Action No. 2:23-cv-20962-MEF-CLW (D.N.J.)</u>

Dear Judge Waldor:

  We, along with co-counsel, represent Plaintiff Martha A. Page in the above-captioned matter. Please find enclosed the certifications of Cari Campen Laufenberg and Derek W. Loeser, the declaration of James E. Cecchi, and a proposed form of Order in support of Plaintiffs' applications for admission *pro hac vice*. Counsel for Defendants have not opposed this application. If the papers meet with the Court's approval, kindly sign the Order and have a "filed" copy returned to us via the Court's ECF system.

  Thank you for your attention to this matter. If the Court has any questions, please do not hesitate to contact us.

                Respectfully submitted,

                CARELLA BYRNE CECCHI
                BRODY & AGNELLO, PC

                */s/ James E. Cecchi*
                JAMES E. CECCHI